IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

FREDERICK NAHAS, M.D.,

    Plaintiff,

v.

SHORE MEDICAL CENTER et al.,

    Defendants.

Civil No. 13-6537 (RBK/AMD)

**ORDER**

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on the Motion of Plaintiff Frederick Nahas, M.D. ("Plaintiff") for Leave to Amend his Complaint pursuant to Federal Rule of Civil Procedure 15(a), and the Court having considered the moving papers, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend (Doc. No. 18) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend is **DENIED** as to Counts II, IV, V, VI, XI, and XII of the Amended Complaint, and those Counts are **DISMISSED WITHOUT PREJUDICE**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend is **GRANTED** as to Counts I, III, VII, VIII, IX, and X of the Amended Complaint. Plaintiff is ordered to file the Amended Complaint containing these claims against Defendant within **seven (7) days** from the date of entry of this Order.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff may file a Motion for Leave to Amend the Amended Complaint within **fourteen (14) days** from the date of entry of this Order. If Plaintiff seeks leave to amend his Amended Complaint, the proposed Second Amended Complaint shall not exceed 50 pages.

Dated:   5/29/2015                                        s/ Robert B. Kugler
                                                                     ROBERT B. KUGLER
                                                                     United States District Judge